[No. 14531-0-III.    Division Three.    July 2, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. SONDRA RAY GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-00709-5, Harold D. Clarke, J., entered November 18, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Munson, J.


[No. 17178-3-II.    Division Two.    July 5, 1996.]
*In the Matter of the Marriage of* JAMES MICHAEL MANKIN, *Appellant*, and KRISTINA MAY MANKIN, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-3-00090-3, Gordon Godfrey, J., entered May 3, 1993. *Reversed in part* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater and Armstrong, JJ.


[Nos. 17415-4-II; 18750-7-II.    Division Two.    July 5, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CONG DAHN HU TRAN, *Appellant*.

Appeals from judgments of the Superior Court for Thurston County, No. 92-1-01200-0, Christine A. Pomeroy, J., entered August 8, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Munson and Bridgewater, JJ.


[No. 18422-2-II.    Division Two.    July 5, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. CARY L. ABLES, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-1-00086-4, F. Mark McCauley, J., entered June 27, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Turner and Armstrong, JJ.